IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 1:04-CR-35 (WLS) |
| WILLIAM GAMERE CULVER, | : |
| Defendant. | : |

O R D E R

Before the Court is the Defendant's motion to withdraw his consent to transfer the case for plea and sentence to the Middle District of Georgia. The Government consents to the motion. For good cause shown, Defendant's motion is **GRANTED** and the case is ordered transferred back to the United States District Court for the Eastern District of North Carolina, Western Division.

**SO ORDERED**, this  16th  day of September, 2005.

 /s/W. Louis Sands
**W. Louis Sands, Chief Judge**
**United States District Court**

1